**E-filed 5/24/07**

PAUL T. FRIEDMAN (CA SBN 98381)
D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
*(Pro hac vice applications pending)*
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com
Attorneys for Defendant
U.S. BANK TRUST NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

Plaintiff,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,

Defendant.

Case No. 5:07-CV-02101-JF-PVT

**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON MOTION TO REMAND FROM JULY 13, 2007, TO JULY 20, 2007**

**STIPULATION**

On April 13, 2007, U.S. Bank Trust National Association ("U.S. Bank") filed its notice of removal and the Court assigned July 20, 2007, as the Case Management Conference date.

On May 14, 2007, Finisar Corporation filed a motion to remand, setting the motion for hearing on July 13, 2007.

U.S. Bank's Minneapolis-based counsel will represent U.S. Bank at the hearing on the motion to remand and at the Case Management Conference. Finisar's Salt Lake City-based counsel will represent Finisar at the hearing on the motion to remand and at the Case Management Conference.

To avoid the expense of two trips by out-of-state counsel to California in consecutive weeks, the parties stipulate, and respectfully request, that the hearing on the motion to remand be rescheduled from July 13, 2007, at 9:00 a.m., to July 20, 2007, at 10:30 a.m., with the Case Management Conference remaining set for 10:30 a.m. on July 20, 2007.

Dated: May 22, 2007

**MORRISON & FOERSTER LLP**
PAUL T. FRIEDMAN
D. ANTHONY RODRIGUEZ
EVA K. SCHUELLER

**FAEGRE & BENSON LLP**
MICHAEL B. FISCO
ABBY E. WILKINSON

By: /s/ D. Anthony Rodriguez
D. Anthony Rodriguez

Attorneys for Defendant, U.S. BANK TRUST NATIONAL ASSOCIATION, in its capacity as Indenture Trustee

**WORKMAN | NYDEGGER**
STERLING A. BRENNAN

**BERGESON, LLP**
CAROLINE MCINTYRE

By: /s/ Sterling A. Brennan

Attorneys for Plaintiff FINISAR CORPORATION

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

The hearing on Finisar's motion to remand will be rescheduled from July 13, 2007, at 9:00 a.m. to July 20, 2007, at 10:30 a.m., with the Case Management Conference set for July 20, 2007, at 10:30 a.m.

Dated: 5/24/07

Hon. Jeremy Fogel
United States District Judge

sf-2325044