Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

**E-filed 7/5/07**

Attorneys for Plaintiff FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-02101-JF-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, HEARING ON MOTION TO REMAND, AND OTHER DATES**<br><br>(Declaration of L. Rex Sears submitted herewith)<br><br>Date Presently Set:  **Friday, July 20, 2007**<br>Time Presently Set:  **9:00 a.m. / 10:30 a.m.**<br>Courtroom:  **3**<br><br>District Judge:  Hon. Jeremy Fogel<br>Magistrate Judge:  Hon. Patricia V. Trumbull<br><br>Complaint Filed:  March 2, 2007<br>Trial Date Set:  None Yet |

**STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND OTHER DATES**

CASE NO.: 5:07-CV-02101-JF-PVT

1   WHEREAS, plaintiff Finisar Corporation ("Finisar") commenced the above-captioned
2 action (the "Action") by filing its "Complaint for Declaratory Relief" (the "Complaint") with the
3 Superior Court of the State of California for the County of Santa Clara (the "State Court") on or
4 about March 2, 2007;

5   WHEREAS, defendant U.S. Bank Trust National Association ("U.S. Bank") filed with
6 this Court its "Notice of Removal" on April 13, 2007;

7   WHEREAS, Finisar filed "Plaintiff Finisar Corporation's Notice of Motion and Motion to
8 Remand Action to Santa Clara County Superior Court" (the "Motion to Remand") with this Court
9 on or about May 14, 2007;

10   WHEREAS, Finisar's Motion to Remand is presently set for hearing on Friday, July 20,
11 2007;

12   WHEREAS, on June 22, 2007, Finisar commenced in the State Court a separate action for
13 declaratory relief against U.S. Bank (the "Second Action") involving similar matters arising
14 subsequent to the filing of the Complaint in this Action, entitled *Finisar Corporation v. U.S. Bank*
15 *Trust National Association* and assigned Case No. 107CV088503;

16   WHEREAS, U.S. Bank is contemplating removal to this Court of the Second Action;

17   WHEREAS, if U.S. Bank removes the Second Action to this Court, Finisar, which is of
18 the view that the Second Action does not fall within the subject matter jurisdiction of this Court,
19 anticipates that it will seek remand of the Second Action to the State Court as well;

20   WHEREAS, on April 13, 2007 this Court issued its "Order Setting Initial Case
21 Management Conference and ADR Deadlines" (the "Initial Scheduling Order"), setting an initial
22 Case Management Conference for Friday, July 20, 2007 and various other deadlines calculated
23 therefrom;

24   WHEREAS, the parties are engaged in discussions which the parties anticipate may
25 permit extra-judicial resolution of the issues presented by the instant Action and the Second
26 Action in their entirety;

27
28

1.
**STIPULATION AND [PROPOSED] ORDER**   CASE NO.: 5:07-CV-02101-JF-PVT
**CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**AND OTHER DATES**

1   WHEREAS, U.S. Bank is litigating not in its individual capacity, but rather in its capacity
2   as the trustee under certain indentures pursuant to which certain notes were issued by Finisar,
3   ownership of which notes is distributed among numerous holders;
4   WHEREAS, U.S. Bank requires time to consult with the various noteholders; and
5   WHEREAS, the parties desire to defer further briefing and the hearing on the Motion to
6   Remand, the initial Case Management Conference, and the other events governed by the Initial
7   Scheduling Order,
8   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
9   the parties and subject to the approval of the Court, that:
10      1.   The hearing on the Motion to Remand shall be continued to Friday, September 7,
11           2007, at 9:00 a.m.;
12      2.   If the Second Action is removed to this Court, no motion to remand the Second
13           Action to the State Court shall be heard prior to disposition of the Motion to
14           Remand already pending in the instant Action;
15      3.   The initial Case Management Conference in the instant Action shall be continued
16           to Friday, September 7, 2007, at 10:30 a.m.; and
17                        [Balance of Page Intentionally Left Blank]

2.

**STIPULATION AND [PROPOSED] ORDER**   CASE NO.: 5:07-CV-02101-JF-PVT
**CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**AND OTHER DATES**


1      4.    All other deadlines set forth in the Initial Scheduling Order shall be continued by

2      forty-eight (48) days.

DATED: June 29, 2007      Sterling A. Brennan
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP

By   /s/ Sterling A. Brennan
      Sterling A. Brennan
      Attorneys for Plaintiff FINISAR CORPORATION

DATED: June 29, 2007      Michael B. Fisco
Abby E. Wilkinson
FAEGRE & BENSON LLP

By   /s/ Abby E. Wilkinson
      Abby E. Wilkinson
      Attorneys for Defendant
      U.S. BANK TRUST NATIONAL ASSOCIATION

I attest that concurrence in the filing of the foregoing document has been obtained from each of the identified signatories thereof.

DATED: June 29, 2007      Sterling A. Brennan
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP

By   /s/ Sterling A. Brennan
      Sterling A. Brennan
      Attorneys for Plaintiff FINISAR CORPORATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/3/07_____

_____
Hon. Jeremy Fogel
United States District Judge

3.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva Krisztina Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

4.

**STIPULATION AND [PROPOSED] ORDER**                 CASE NO.: 5:07-CV-02101-JF-PVT
**CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND OTHER DATES**